AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| DIEGO FAZIO, Derivatively on Behalf of Nominal Defendant UBER TECHNOLOGIES, INC., *Plaintiff* v. DARA KHOSROWSHAHI (see attachment) *Defendant* | Case No. 3:20-cv-7916 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Uber Technologies, Inc.

Date: February 4, 2021

/s/ Brian Hauck
*Attorney's signature*

Brian Hauck (SBN #303058)
*Printed name and bar number*
Jenner & Block LLP
633 W. 5th St.
Ste. 3600
Los Angeles, CA 90071
*Address*

BHauck@jenner.com
*E-mail address*

(213) 239-2244
*Telephone number*

(213) 239-5100
*FAX number*

**ADDITIONAL DEFENDANTS**

1. NELSON CHAI, Defendant;

2. GLEN CEREMONY, Defendant;

3. RONALD SUGAR, Defendant;

4. H.E. YASIR AL-RUMAYYAN, Defendant;

5. URSULA BURNS, Defendant;

6. GARRETT CAMP, Defendant;

7. MATT COHLER, Defendant;

8. RYAN GRAVES, Defendant.

9. ARIANNA HUFFINGTON, Defendant;

10. TRAVIS KALANICK, Defendant;

11. WAN LING MARTELLO, Defendant;

12. JOHN THAIN, Defendant;

13. DAVID TRUJILLO, Defendant; and

14. UBER TECHNOLOGIES, INC., Nominal Defendant.