Brian Hauck (SBN 303058)
JENNER & BLOCK LLP
633 W. 5TH Street
Suite 3600
Los Angeles, CA 90071
Telephone: (213) 239-2244
Facsimile: (213) 239-5100
Email: BHauck@jenner.com

Howard S. Suskin (Pro Hac Vice Application Pending)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654
Telephone: (312) 923-2604
Facsimile: (312) 840-7604
Email: HSuskin@jenner.com

Patrick D. Robbins (SBN 152288)
Daniel H.R. Laguardia (SBN 314654)
Emily V. Griffen (SBN 209162)
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA  94105-2997
Telephone: 415.616.1100
Facsimile: 415.616.1199
Email:  probbins@shearman.com
        daniel.laguardia@shearman.com
        egriffen@shearman.com

*Attorneys for Nominal Defendant Uber Technologies, Inc. and Individual Defendants Dara Khosrowshahi, Nelson Chai, Glen Ceremony, Ronald D. Sugar, H.E. Yasir Al-Rumayyan, Ursula Burns, Garrett Camp, Matt Cohler, Ryan Graves, Arianna Huffington, Travis Kalanick, Wan Ling Martello, John Thain, David Trujillo*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIEGO FAZIO, Derivatively on Behalf of Nominal Defendant UBER TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. | Case No. 3:20-cv-7916 <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO STAY DERIVATIVE ACTION** |

| | |
|---|---|
| DARA KHOSROWSHAHI, NELSON CHAI, GLEN CEREMONY, RONALD SUGAR, H.E. YASIR AL-RUMAYYAN, URSULA BURNS, GARRETT CAMP, MATT COHLER, RYAN GRAVES, ARIANNA HUFFINGTON, TRAVIS KALANICK, WAN LING MARTELLO, JOHN THAIN, AND DAVID TRUJILLO,<br><br>                Defendants,<br>and<br><br>UBER TECHNOLOGIES, INC.,<br><br>                Nominal Defendant. | **Judge Richard Seeborg**<br><br>**Date Filed:**  November 10, 2020 |

In this Derivative Action, Plaintiff Diego Fazio derivatively on behalf of Uber Technologies, Inc. and Uber Technologies, Inc. ("Nominal Defendant"), jointly submit this Stipulation to temporarily Stay the Derivative Action ("Stipulation"), and in support thereof state as follows:

**WHEREAS**, Plaintiff filed the Consolidated Derivative Action, purportedly in the right, and for the benefit, of Uber Technologies, Inc. against Nominal Defendant and Dara Khosrowshahi, Nelson Chai, Glen Ceremony, Ronald D. Sugar, H.E. Yasir Al-Rumayyan, Ursula Burns, Garrett Camp, Matt Cohler, Ryan Graves; Arianna Huffington, Travis Kalanick, Wan Ling Martello, John Thain, and David Trujillo ("Individual Defendants") seeking to remedy Defendants' alleged breach of fiduciary duties that allegedly occurred and caused substantial harm to Uber Technologies, Inc.;

**WHEREAS**, pending in the United States District Court for Northern District of California is a putative securities class action captioned *Boston Retirement System v. Uber Technologies, Inc.*, No. 3:19-cv-6361 (the "Securities Litigation");

**WHEREAS**, there is substantial overlap between the facts and circumstances alleged in the Derivative Action and the Securities Litigation, including the relevance of many of the same documents and witnesses;

**WHEREAS**, Nominal Defendant and Individual Defendants are named defendants in the Derivative Action, and are also named as defendants in the Securities Litigation;

**WHEREAS**, in order to ensure economy of time and effort for the Court, for counsel, and for litigants, Plaintiff and Nominal Defendant have agreed that, in light of the overlap between the Derivative Action and the Securities Litigation, that the Derivative Action should be voluntarily stayed on the terms set forth below unless and until either (1) the Securities Litigation is dismissed, with prejudice, by the Federal Court, and all appeals related thereto have been exhausted; or (2) any of the Parties to this Stipulation gives a ten (10) day notice that they no longer consent to the voluntary stay of the Derivative Action.

**NOW THEREFORE**, it is hereby stipulated by and between the Plaintiff and Nominal Defendant that:

1. Counsel for Nominal Defendant shall accept service on behalf of Uber Technologies, Inc.

2. The Derivative Action shall be stayed as to all named defendants, and no Case Management Order issued, upon the Court's so-ordering this Stipulation as an Order of the Court.

3. The Parties agree that if the Plaintiff in any related derivative lawsuit refuses to agree to a stay under similar terms, Plaintiff may lift the agreed stay upon ten (10) days' notice in writing.

4. The Parties agree that during the pendency of this stay, Nominal Defendant shall include Plaintiff in any mediation with the Plaintiffs in the Securities Litigation and/or in mediation with any purported Plaintiff in any related derivative lawsuit or any other related books and records demand proceeding.

5. In the event that Nominal Defendant agrees to produce, or is ordered to produce by a court of competent jurisdiction, any documents pursuant to a books and records request to any holder or beneficial owner of Uber Technologies, Inc. stock, or in the Securities Litigation, or in any shareholder derivative litigation, copies of such documents shall be provided to Counsel for Plaintiff within ten (10) days, subject to the execution by Counsel for Plaintiff of a confidentiality agreement governing the use and disclosure of these materials.

6. The Parties shall notify the Court within fifteen (15) days after the occurrence of (1) the dismissal of the Securities Litigation, with prejudice, by the Federal Court, and exhaustion of all appeals related thereto; or (2) any of the Parties to this Stipulation having given a ten (10) day notice that they no longer consent to the voluntary stay of the Derivative Action.

7. The parties reserve all of their rights and defenses, including without limitation as to jurisdiction and venue, and nothing in this Stipulation shall be construed as a waiver thereof.

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2  Dated: February 4, 2021

5  Dated:  February 4, 2021       By:     */s/  Brian Hauck*
                                          Brian Hauck

*Attorneys for Nominal Defendant Uber Technologies, Inc.*

REICH RADCLIFFE & HOOVER LLP
Marc G. Reich (SBN 159936)
mgr@reichradcliffe.com
Adam T. Hoover (SBN 243226)
adhoover@reichradcliffe.com
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660
Phone: (949) 975-0512
Fax: (949) 208-2839

By:   */s/  Marc G. Reich*
              Marc G. Reich

LIFSHITZ LAW FIRM, P.C.
Joshua M. Lifshitz (*Pro Hac Vice to be submitted*)
jml@jlclasslaw.com
821 Franklin Ave., Suite 209
Garden City, NY 11530
Phone: (516) 493-9780
Fax: (516) 280-7376

*Attorneys for Plaintiff*

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

3   DATED: _____   _____
4                                          United States District Judge

**ECF ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories thereto.

Executed this 4th day of February, 2021.

*/s/Brian Hauck*
[Brian Hauck]